IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:21-cv-00424-TDS-JLW

| | |
|---|---|
| JOHNNIE WEBB, JR., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DAYMARK RECOVERY SERVICES, ) <br> INC.; and FREEDOM HOUSE ) <br> RECOVERY CENTER, INC. ) <br> ) <br> *Defendants*. ) <br> ) | **MOTION TO WITHDRAW** |

Plaintiff, Johnnie Webb, Jr., by his attorneys and pursuant to Local Rule 83.1(e), hereby moves to withdraw Travis Gasper as counsel for Plaintiff. In support of this Motion, the undersigned shows the Court the following:

1. On May 10, 2023, Travis Gasper separated from The Law Offices of Gilda A. Hernandez, PLLC.

2. Plaintiff is represented by The Law Offices of Gilda A. Hernandez, PLLC and Mr. Gasper is no longer employed by The Law Offices of Gilda A. Hernandez, PLLC. Attorneys Gilda A. Hernandez, Matthew D. Wright, and Hannah B. Simmons, also counsel of record for Plaintiff, will continue to serve as Plaintiff's counsel.

3. Plaintiff consents to the withdrawal of Travis Gasper, and desires for The Law Offices of Gilda A. Hernandez, PLLC to remain as counsel of record for Plaintiff.

WHEREFORE, Plaintiff asks this Court to enter an Order withdrawing Travis Gasper as counsel for Plaintiff.

Respectfully submitted this May 12, 2023.

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Matthew D. Wright (NCSB No. 58306)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, the foregoing **MOTION TO WITHDRAW** was served in accordance with the Federal Rules of Civil Procedure on the following:

David I. Klass (NC Bar No. 53342)
Nicholas Hulse (NC Bar No. 54603)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone; (704) 334-4565
Facsimile: (704) 334-9774
dklass@fisherphillips.com
nhulse@fisherphillips.com
*Attorneys for Defendant Daymark Recovery Services, Inc.*

William J. McMahon, IV (NC Bar No. 34097)
J. Rodrigo Pocasangre (NC Bar No. 41530)
**CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP**
84 Peachtree Road, Suite 230
Asheville, NC 28803
Telephone: (828) 277-5137
Facsimile: (828) 277-5138
*Attorneys for Defendant Freedom House Recovery Center, Inc.*

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Matthew D. Wright (NCSB No. 58306)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com

*Attorneys for Plaintiff*