IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHNNIE WEBB, JR., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| DAYMARK RECOVERY SERVICES, INC.; AND FREEDOM HOUSE RECOVERY CENTER, INC., | ) CA No.: 1:21-cv-00424-TDS-JLW |
| *Defendants*. | ) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Johnnie Webb Jr., and Defendants, by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Webb's claims and causes of action in the above-styled case, in their entirety, with each party to bear his or its own costs and attorney's fees.

Respectfully submitted this June 12, 2023,

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez, (NCSB No. 36812)
Matthew D. Wright (NCSB No. 58306)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 2751
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com

/s/ *David. I. Klass*
David I. Klass (NC Bar No. 53342)
Nicholas Hulse (NC Bar No. 54603)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone; (704) 334-4565
Facsimile: (704) 334-9774
Email: dklass@fisherphillips.com
E-mail: nhulse@fisherphillips.com
*Attorneys for Defendant Daymark Recovery Services, Inc.*

hsimmons@gildahernandezlaw.com
*Attorneys for Plaintiff*

/s/ *William J. McMahon, IV*
William J. McMahon, IV (NC Bar 34097)
J. Rodrigo Pocasangre (NC Bar No. 41530)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
One West 4th Street, Suite 850
Winston Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
*Attorneys for Defendant Freedom House Recovery Center, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, the foregoing **JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE** was served using the CM/ECF system on the following:

David I. Klass (NC Bar No. 53342)
Nicholas Hulse (NC Bar No. 54603)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone; (704) 334-4565
Facsimile: (704) 334-9774
Email: dklass@fisherphillips.com
E-mail: nhulse@fisherphillips.com
*Attorneys for Defendant Daymark Recovery Services, Inc.*

William J. McMahon, IV (NC Bar 34097)
J. Rodrigo Pocasangre (NC Bar No. 41530)
**CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP**
One West 4th Street, Suite 850
Winston Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
*Attorneys for Defendant Freedom House Recovery Center, Inc.*

    /s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez, (NCSB No. 36812)
Matthew D. Wright (NCSB No. 58306)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
*Attorneys for Plaintiff*